## 13765. FOSTER *v.* THE STATE.

LUKE, J. The Court of Appeals is without jurisdiction to pass upon the merits of any bill of exceptions the recitals of fact in which are not duly certified to be true. *Binyard* v. *State*, 126 *Ga.* 635 (1) (55 S. E. 498), and citations.

*Writ of error dismissed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 17, 1922.

Accusation of violation of prohibition law; from city court of Eastman — Judge Franklin.   March 24, 1922.

The judge's certificate to the bill of exceptions is in the usual form except in omitting the words " is true."

*W. M. Morrison,* for plaintiff in error.

*D. D. Smith, solicitor,* contra.